**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Super Seed Foods LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Good Seed** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3104524** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3005 S. Lamar Blvd., Ste. D109 #233 Austin, TX 78704** | **10505 Huxley Street Austin, TX 78748** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Travis** | Location of principal assets, if different from principal place of business |
| County | **5211 Emerald Meadow Drive Austin, TX 78704** |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Super Seed Foods LLC**                                                          Case number (*if known*) _____
     Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3114__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Super Seed Foods LLC**  Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

<hr>

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Super Seed Foods LLC**                                          Case number (*if known*) _____
           Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Super Seed Foods LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/12/2023
                MM / DD / YYYY

**X**  */s/ Erin Shotwell*                       **Erin Shotwell**
    Signature of authorized representative of debtor            Printed name

Title   **CEO & Co-Founder**

**18. Signature of attorney**

**X**  */s/ Todd Headden*                 Date   07/12/2023
    Signature of attorney for debtor                          MM / DD / YYYY

**Todd Headden 24096285**
Printed name

**Hayward PLLC**
Firm name

**7600 Burnet Road, Suite 530**
**Austin, TX 78757**
Number, Street, City, State & ZIP Code

Contact phone   **737-881-7104**       Email address   **theadden@haywardfirm.com**

**24096285 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Super Seed Foods LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2023        x  */s/ Erin Shotwell*
                                Signature of individual signing on behalf of debtor

                                **Erin Shotwell**
                                Printed name

                                **CEO & Co-Founder**
                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Super Seed Foods LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................  $ **33,794.04**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................  $ **33,794.04**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ **398.10**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **1,892,290.26**

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b                                                                                $ **1,892,688.36**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| **Fill in this information to identify the case:** |
| --- |
| Debtor name    **Super Seed Foods LLC** |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS |
| Case number *(if known)* |

☐ Check if this is an
  amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **PNC Bank** | **Checking Account** | **8223** | $243.04 |
| 3.2. **Keystone Checking** | **Checking** | | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $243.04 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| Debtor | **Super Seed Foods LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 29,573.00 | - | 0.00 | = .... | $29,573.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $29,573.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** **Ingredients (perishable)** | 7/22/2022 | $0.00 | Cost per lb | Unknown |
| | **Printed packaging** | 7/22/2022 | $0.00 | Cost per item | Unknown |

| 20. | **Work in progress** | | |
|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** **Finished Cases, Ready** **to Sell Retail and Food** **Services** | $0.00 | $3,978.00 |

| 22. | **Other inventory or supplies** | |
|---|---|---|
| 23. | **Total of Part 5.** | $3,978.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

| Debtor | **Super Seed Foods LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> **Trademark on "Good Seed" name** | **$0.00** | | **Unknown** |
| 61. | **Internet domain names and websites** <br> **www.goodseedburger.com** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

| Debtor | **Super Seed Foods LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No.  Go to Part 12.
   - ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Unused federal tax losses issued to founders for years**<br>**2014, 2015, 2016, 2017, 2018, 2019, 2020, and 2021**        Tax year  **multiple** | **Unknown** |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                                    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

Debtor  **Super Seed Foods LLC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $243.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,573.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,978.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $33,794.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $33,794.04 |

**Fill in this information to identify the case:**

Debtor name **Super Seed Foods LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Super Seed Foods LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.99 | $233.99 |
| **Internal Revenue Service** **Centralized Insolvency Office** **PO Box 7346** **Philadelphia, PA 19101-7346** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **941/944 taxes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.11 | $164.11 |
| **Texas Comptroller of Public Accounts** **P.O. Box 13528, Capitol Station** **Austin, TX 78711-3528** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **taxes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Super Seed Foods LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**American Insurance Funding Inc.**
PO Box 2675
Telluride, CO 81435

Date(s) debt was incurred  **4/20/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**American Insurance Funding Inc.**
PO Box 2675
Telluride, CO 81435

Date(s) debt was incurred  **6/19/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,361.51** |
|---|---|---|---|

**Atlantic Coupon Redemption**
PO Box 1228
Denville, NJ 07834

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,660.89** |
|---|---|---|---|

**Aveno Antiguo Inc.**
5140 Race Ct., Unit 3
Denver, CO 80216

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Barry Dickman**
5720 SW 132nd Terrace
Miami, FL 33156

Date(s) debt was incurred  **7/20/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Bharat Kuncham**
213 Park Ave. South, Fl. 5
New York, NY 10003

Date(s) debt was incurred  **3/27/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,011.43** |
|---|---|---|---|

**Carolina Services**
PO Box 75987
Charlotte, NC 28275

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Super Seed Foods LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address

Daniel O'Dea
106 Palazza Alto
Austin, TX 78734

Date(s) debt was incurred  **12/7/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.9** | Nonpriority creditor's name and mailing address

Daniel O'Dea
106 Palazzo Alto
Austin, TX 78734

Date(s) debt was incurred  **8/21/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.10** | Nonpriority creditor's name and mailing address

Daniel O'Dea
106 Palazzo Alto
Austin, TX 78734

Date(s) debt was incurred  **11/9/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.11** | Nonpriority creditor's name and mailing address

Daniel O'Dea
106 Palazzo Alto
Austin, TX 78734

Date(s) debt was incurred  **4/2/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$190,000.00**

---

**3.12** | Nonpriority creditor's name and mailing address

Daniel O'Dea
106 Palazzo Alto
Austin, TX 78734

Date(s) debt was incurred  **10/24/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,000.00**

---

**3.13** | Nonpriority creditor's name and mailing address

Daniel O'Dea
106 Palazzo Alto
Austin, TX 78734

Date(s) debt was incurred  **4/27/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$65,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address

David Wright
1611 Garnaas Drive
Austin, TX 78758

Date(s) debt was incurred  **12/1/2013**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

| Debtor | **Super Seed Foods LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,972.13**

**Diversified Transfer & Storage**
**1640 Monad Road**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Edward Herrick**
**Herrick and Co. Retirement Plan**
**PO Box 2675**
**Telluride, CO 81435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/24/15

Last 4 digits of account number __

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00**

**Edward Herrick**
**Herrick and Co. Retirement Plan**
**PO Box 2675**
**Telluride, CO 81435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/24/2015

Last 4 digits of account number __

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Francis Priznar**
**GD Ventures LLC**
**1 Exodus Court**
**Gaithersburg, MD 20882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/4/2015

Last 4 digits of account number __

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Francis Priznar**
**GD Ventures LLC**
**1 Exodus Court**
**Gaithersburg, MD 20882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/18/2016

Last 4 digits of account number __

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Gerald Lindenmuth**
**Lindenmuth Family Partners Ltd.**
**510 Hearn Street**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/21/2015

Last 4 digits of account number __

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00**

**Gerald Lindenmuth**
**510 Hearn Street**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/12/2016

Last 4 digits of account number __

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Super Seed Foods LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Green Spoon Yin Yang Naturals LLC**
**PO Box 20282**
**Boulder, CO 80308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Harvest Food Group**
**1600 Pebblewood Lane**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,354.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Inmar Clearing Inc.**
**PO Box 75987**
**Charlotte, NC 28275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$257.23**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Kutak Rock**
**PO Box 30057**
**Omaha, NE 68103-1157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$34,461.39**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Lindenmuth Family Partners Ltd.**
**210 Hearn Street**
**Austin, TX 78703**

Date(s) debt was incurred  **4/2/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Lutz**
**13616 California Street, Suite 300**
**Omaha, NE 68154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,115.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Mandlik and Rhodes**
**PO Box 249**
**Barrington, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,062.87**

---

| Debtor | **Super Seed Foods LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,408.76** |
|---|---|---|---|

**Multiple Organics Inc.**
**200 Linus Pauling Drive**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,059.91** |
|---|---|---|---|

**NCH Retailer Services**
**25651 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Night Hawk Frozen Foods Inc.**
**100 Night Hawk Circle**
**Buda, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/9/2019

Last 4 digits of account number __

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,377.00** |
|---|---|---|---|

**Polsinelli**
**PO Box 878681**
**Kansas City, MO 64187-8681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Primos LLC**
**PO Box 2675**
**Telluride, CO 81435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2016

Last 4 digits of account number __

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,221.94** |
|---|---|---|---|

**PromoWorks LLC**
**PO Box 5977**
**Carol Stream, IL 60197-5977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Quantum Technology Partners IV, LP**
**c/o Barry Dickman**
**5720 SW 132nd Terrace**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/21/2015

Last 4 digits of account number __

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Super Seed Foods LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|
| **Rhythm Superfoods** | ☐ Contingent | |
| **C/o Scott Jensen** | ☐ Unliquidated | |
| **P.O Box 41345** | ☐ Disputed | |
| **Austin, TX 78704-5128** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __rent__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,045.46 |
|---|---|---|
| **RLS Logistics** | ☐ Contingent | |
| **1120 Rt. 73, Suite 310** | ☐ Unliquidated | |
| **Mount Laurel, NJ 08054** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,007.22 |
|---|---|---|
| **RWR Legal** | ☐ Contingent | |
| **620 Congress Ave., Ste. 320** | ☐ Unliquidated | |
| **Austin, TX 78701** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.62 |
|---|---|---|
| **S.E.A. Enterprises Inc.** | ☐ Contingent | |
| **PO Box 69** | ☐ Unliquidated | |
| **Redmond, WA 98073** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|
| **Scott Jensen** | ☐ Contingent | |
| **8309 Young Lane** | ☐ Unliquidated | |
| **Austin, TX 78737** | ☐ Disputed | |
| Date(s) debt was incurred __8/31/2015__ | **Basis for the claim:** __Convertible Note__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|
| **Scott Jensen** | ☐ Contingent | |
| **8309 Young Lane** | ☐ Unliquidated | |
| **Austin, TX 78737** | ☐ Disputed | |
| Date(s) debt was incurred __12/7/2017__ | **Basis for the claim:** __Convertible Note__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|
| **Scott Jensen** | ☐ Contingent | |
| **8309 Young Lane** | ☐ Unliquidated | |
| **Austin, TX 78737** | ☐ Disputed | |
| Date(s) debt was incurred __10/24/2019__ | **Basis for the claim:** __Convertible Note__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Super Seed Foods LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Sharon Braunling**
**15825 N. 71 St. #666**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/21/2015**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Stray Dog Capital LLC**
**Attn: Lisa Feria**
**11460 Tomahawk Creek Pkwy., Ste. 300**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2016**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Stray Dog Capital LLC**
**Attn: Lisa Feria**
**11460 Tomahawk Creek Pkwy., Ste. 300**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/17/2017**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,601.51 |
|---|---|---|---|

**To Your Health Flour**
**1138 Highway 82**
**Fitzpatrick, AL 36029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,793.61 |
|---|---|---|---|

**Tradin Organics USA LLC**
**100 Enterprise Way B101**
**Scotts Valley, CA 95066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,205.93 |
|---|---|---|---|

**Valley Select LLC**
**7068 Eddy Rd.**
**Arbuckle, CA 95912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,177.47 |
|---|---|---|---|

**Van Drunen Farms**
**300 West 6th Street**
**Momence, IL 60954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Super Seed Foods LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|
| | **Vivek Kuncham** <br> **10 Debra Ct.** <br> **Old Westbury, NY 11568** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  3/27/2020 | Basis for the claim:  Convertible Note | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | **Yin Yang Naturals** <br> **509 N Sepulveda Blvd., #203** <br> **Manhattan Beach, CA 90266** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,839.38 |
|---|---|---|---|
| | **Zipline Logistics LLC** <br> **PO Box 9183431** <br> **Chicago, IL 60691-3430** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alexander, Winton & Associates, Inc.** <br> **Attn: Anthony Mangini, Esq.** <br> **8804 Caroma Street, Suite 160** <br> **Olive Branch, MS 38654** | Line  **3.15** <br><br> ☐ Not listed. Explain _____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $           398.10 |
| 5b. Total claims from Part 2 | 5b.  + | $      1,892,290.26 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $      1,892,688.36 |

**Fill in this information to identify the case:**

Debtor name **Super Seed Foods LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Super Seed Foods LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Super Seed Foods LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$95,757.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$193,778.00** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$281,438.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Super Seed Foods LLC | Case number (if known) | |
|---|---|---|---|

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Alexander Winton & Associates, Inc., vs. Super Seed Foods, LLC**<br>**C-1-CV-23-001893** | **Recovery of Unpaid Freight Invoices Account #2022-5995** | **Travis County Court at Law #1**<br>**Civil and Family Court Facility**<br>**1700 Guadalupe**<br>**Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **Super Seed Foods LLC** _____     Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Hayward PLLC** <br> **7600 Burnet Road** <br> **Suite 530** <br> **Austin, TX 78757** | **Attorney Fees** | | **$4,500.00** |
| **Email or website address** <br> theadden@haywardfirm.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**

| Debtor | **Super Seed Foods LLC** | | Case number *(if known)* | |

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank B6-YM07-01-7 PO Box 1820 Dayton, OH 45401-1820** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Super Seed Foods LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Super Seed Foods LLC** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Simple Start-Up** <br> **1919 14th Street** <br> **Suite 700** <br> **Boulder, CO 80302** | **2015-09/2021** |
| 26a.2. **Micael lupe, CPA** <br> **8240 N. Mopac Expy.** <br> **Suite 125** <br> **Austin, TX 78759** | **2013-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Michael lupe** <br> **8240 N. Mopac Expy., Ste. 125** <br> **Austin, TX 78759** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor  **Super Seed Foods LLC**          Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Erin Shotwell** | **7/22/2022** | **$16,961 (cost per lb)**<br>**Ingredients** |
| | Name and address of the person who has possession of inventory records<br>**Debtor**<br>**10505 Huxley Street**<br>**Austin, TX 78748** | | |
| 27.2. | **Erin Shotwell** | **7/22/2022** | **$22.742 (cost per item)**<br>**Printed packaging** |
| | Name and address of the person who has possession of inventory records<br>**Debtor**<br>**10505 Huxley Street**<br>**Austin, TX 78748** | | |
| 27.3. | **Erin Shotwell** | **8/29/2022** | **$12,444 (price per case)**<br>**Finished cases, ready to sell retail** |
| | Name and address of the person who has possession of inventory records<br>**Debtor**<br>**10505 Huxley Street**<br>**Austin, TX 78748** | | |
| 27.4. | **Erin Shotwell** | **8/29/2022** | **$13,312 (price per case)**<br>**Finished cases, ready to sell food service** |
| | Name and address of the person who has possession of inventory records<br>**Debtor**<br>**10505 Huxley Street**<br>**Austin, TX 78748** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Erin Shotwell** | **10505 Huxley Street**<br>**Austin, TX 78748** | **Member, CEO & Co-Founder** | **41%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Oliver Ponce** | **10505 Huxley Street**<br>**Austin, TX 78748** | **COO & Co-Founder &**<br>**Managing Member** | **41%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

Debtor  **Super Seed Foods LLC** _____  Case number *(if known)* _____

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Oliver Ponce**<br>**5211 Emerald Meadow Drive**<br>**Austin, TX 78745**<br><br>Relationship to debtor<br>**Co-Founder/Managing Member** | $27,265 | **1/4/2022 to Passim** | **Salary and Owner Draws.** |
| 30.2.  **Erin Shotwell**<br>**5211 Emerald Meadow Drive**<br>**Austin, TX 78745**<br><br>Relationship to debtor<br>**Founder/Managing Member** | $7,280 | **Over the past year** | **Owner Draws** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___07/12/2023___

*/s/ Erin Shotwell*  _____     **Erin Shotwell** _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor  **CEO & Co-Founder** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
### Western District of Texas

In re   **Super Seed Foods LLC** _____   Case No. _____

                                             Debtor(s)   Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO & Co-Founder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   07/12/2023 _____        */s/ Erin Shotwell* _____

                                                  **Erin Shotwell**/CEO & Co-Founder
                                                  Signer/Title

Alexander, Winton & Associates, Inc.
Attn: Anthony Mangini, Esq.
8804 Caroma Street, Suite 160
Olive Branch, MS 38654


American Insurance Funding Inc.
PO Box 2675
Telluride, CO 81435


Atlantic Coupon Redemption
PO Box 1228
Denville, NJ 07834


Aveno Antiguo Inc.
5140 Race Ct., Unit 3
Denver, CO 80216


Barry Dickman
5720 SW 132nd Terrace
Miami, FL 33156


Bharat Kuncham
213 Park Ave. South, Fl. 5
New York, NY 10003


Carolina Services
PO Box 75987
Charlotte, NC 28275


Daniel O'Dea
106 Palazza Alto
Austin, TX 78734


Daniel O'Dea
106 Palazzo Alto
Austin, TX 78734


David Wright
1611 Garnaas Drive
Austin, TX 78758


Diversified Transfer & Storage
1640 Monad Road
Billings, MT 59101

Edward Herrick
Herrick and Co. Retirement Plan
PO Box 2675
Telluride, CO 81435


Francis Priznar
GD Ventures LLC
1 Exodus Court
Gaithersburg, MD 20882


Gerald Lindenmuth
Lindenmuth Family Partners Ltd.
510 Hearn Street
Austin, TX 78703


Green Spoon Yin Yang Naturals LLC
PO Box 20282
Boulder, CO 80308


Harvest Food Group
1600 Pebblewood Lane
Naperville, IL 60563


Inmar Clearing Inc.
PO Box 75987
Charlotte, NC 28275


Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346


Kutak Rock
PO Box 30057
Omaha, NE 68103-1157


Lindenmuth Family Partners Ltd.
210 Hearn Street
Austin, TX 78703


Lutz
13616 California Street, Suite 300
Omaha, NE 68154

Mandlik and Rhodes
PO Box 249
Barrington, IL 60010

Multiple Organics Inc.
200 Linus Pauling Drive
Hercules, CA 94547

NCH Retailer Services
25651 Network Place
Chicago, IL 60673

Night Hawk Frozen Foods Inc.
100 Night Hawk Circle
Buda, TX 78610

Polsinelli
PO Box 878681
Kansas City, MO 64187-8681

Primos LLC
PO Box 2675
Telluride, CO 81435

PromoWorks LLC
PO Box 5977
Carol Stream, IL 60197-5977

Quantum Technology Partners IV, LP
c/o Barry Dickman
5720 SW 132nd Terrace
Miami, FL 33156

Rhythm Superfoods
C/o Scott Jensen
P.O Box 41345
Austin, TX 78704-5128

RLS Logistics
1120 Rt. 73, Suite 310
Mount Laurel, NJ 08054

RWR Legal
620 Congress Ave., Ste. 320
Austin, TX 78701

S.E.A. Enterprises Inc.
PO Box 69
Redmond, WA 98073


Scott Jensen
8309 Young Lane
Austin, TX 78737


Sharon Braunling
15825 N. 71 St. #666
Scottsdale, AZ 85254


Stray Dog Capital LLC
Attn: Lisa Feria
11460 Tomahawk Creek Pkwy., Ste. 300
Leawood, KS 66211


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


To Your Health Flour
1138 Highway 82
Fitzpatrick, AL 36029


Tradin Organics USA LLC
100 Enterprise Way B101
Scotts Valley, CA 95066


Valley Select LLC
7068 Eddy Rd.
Arbuckle, CA 95912


Van Drunen Farms
300 West 6th Street
Momence, IL 60954


Vivek Kuncham
10 Debra Ct.
Old Westbury, NY 11568


Yin Yang Naturals
509 N Sepulveda Blvd., #203
Manhattan Beach, CA 90266

Zipline Logistics LLC
PO Box 9183431
Chicago, IL 60691-3430